## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## FORT MYERS DIVISION

JASON COX and LAUREN COX, individually
and on behalf of others similarly situated
,

    Plaintiff,

vs.	Case No.: 2:22-cv-00126

SKY SOURCE AERIAL, LLC and
MICHAEL MCVAY, individually

    Defendants.
_____/

### NOTICE OF SETTLEMENT AND ELECTION OF MAGISTRATE

COMES NOW, Plaintiffs, JASON COX and LAUREN COX, individually and on behalf of others similarly situated and Defendants SKY SOURCE AERIAL, LLC and MICHAEL MCVAY, individually and by and through their undersigned counsel and pursuant to Local Rules for the Middle District of Florida and the Federal Rules of Civil Procedure hereby file this Notice of Settlement and state as follows:

    1.    The Parties have agreed to terms and have settled all claims in the above referenced litigation.

    2.    The parties are in the process of finalizing a Settlement Agreement and will file a Stipulation of Dismissal within 15 days.

    3.    The Parties also elect to have a magistrate conduct all proceedings in this matter and have attached a completed AO85 form.

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this 9th day of September, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to all counsel of record in this matter.

/s/ Robert Blanchfield
Attorney